962 So.2d 362 (2007)
Carlo M. SGROI, Appellant,
v.
Carol L. SGROI, Appellee.
No. 5D06-1190.
District Court of Appeal of Florida, Fifth District.
July 24, 2007.
Michael M. Naughton of Michael M. Naughton, P.A., Jacksonville, for Appellant.
Jose Debs-Elias of Jose Debs-Elias, P.A., Jacksonville, for Appellee.
PER CURIAM.
See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla.1979). AFFIRMED.
PALMER, C.J., THOMPSON and MONACO, JJ., concur.